**Electronically Filed**
**Supreme Court**
**SCWC-10-0000061**
**01-FEB-2012**
**10:33 AM**

SCWC-10-0000061

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CLIFFORD AKANA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000061; CR. NO.01-1-1738)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Duffy, McKenna, JJ., and
Circuit Judge Ayabe, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Clifford Akana's

Application for Writ of Certiorari filed on December 21, 2011, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, February 1, 2012.

Dana S. Ishibashi, on
the application for
Petitioner/Defendant-
Appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayma

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Bert I. Ayabe

